IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOE HENRY SCOTT, III,** | : | |
| **Plaintiff,** | : | |
| vs. | : | CIVIL ACTION 09-0705-CG-M |
| **HARVEY KNIGHT,** | : | |
| **Defendant.** | : | |

# **JUDGMENT**

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 18th day of March, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE